UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RANDAL McKISSICK, | ) | NO. CV 13-3303 GAF (AS) |
| Petitioner, | ) | |
| v. | ) | **ORDER ACCEPTING FINDINGS,** |
| E VALENZUELA, Warden, | ) | **CONCLUSIONS AND RECOMMENDATIONS OF** |
| Respondent. | ) | **UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. After having made a <u>de novo</u> determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge. However, the Court addresses certain arguments raised in the Objections below.

Petitioner raised two challenges to a March 12, 2012 Board of Parole Hearings ("Board") decision finding him unsuitable for parole.

1  In Ground One, Petitioner contended that the Board's decision denied him
2  his due process and equal protection rights.  In Ground Two, Petitioner
3  contended that the Board's application of Marsy's Law, in denying his
4  release, causes him to be held beyond the legal date for his release.
5  On November 5, 2013, the Magistrate Judge issued its Report and
6  Recommendation recommending that the Court dismiss Ground One with
7  prejudice and recommending that the Court dismiss Ground Two without
8  prejudice.

10  On November 20, 2013, Petitioner filed an "Opposition to Report and
11  Recommendation of U.S. Magistrate Judge," which the Court will construe
12  as his Objections to the Report and Recommendation ("Objections").  In
13  his Objections, Petitioner argues that the "State has effectively
14  suspended Petitioner's right to habeas corpus by requiring transcript
15  then prohibiting Petitioner from obtaining duplication of these
16  transcripts." (Obj. 1.) This argument addresses the Magistrate Judge's
17  finding that the California Supreme Court denied Petitioner's habeas
18  petition because Petitioner had failed to satisfy the procedural
19  requirements of California law set forth in People v. Duvall, which
20  requires, inter alia, a habeas petitioner to state fully, and with
21  particularity, the facts upon which relief is sought. Duvall, 9 Cal.4th
22  464, 474 (1995). Under California law, a citation to Duvall can also
23  indicate that a petitioner has failed to include "copies of reasonably
24  available documentary evidence supporting the claim, including pertinent
25  portions of trial transcripts and affidavits or declarations." Id.
26  Petitioner also re-asserts his belief that he has exhausted his claim
27  and (presumably), in the alternative, protests that "State courts could
28  have easily caused remedy by order, evidentiary hearing and/or

1  appointment of counsel." (Obj. 1.) Petitioner also claims that "[t]he
2  regulation cited would cause Petitioner to be found guilty of a rules
3  violation had he not complied at the time of filing." (Id.)  It is
4  unclear, however, as to which regulation Petitioner believes compliance
5  thereto would "cause Petitioner to be found guilty of a rules
6  violation." Petitioner concludes his Objections by indicating that he
7  has "utilized the state courts for relief throughout exhaustion, last
8  reasoned opinion by Superior court simply stated transcript was
9  incomplete as grounds for dismissal.  This is contrary to Bounds v.
10 Smith, 430 U.S. 817, 827-28."[1]

12  Beyond these arguments, Petitioner fails to assert any objections
13 to the Report and Recommendation.  The Court finds that the arguments
14 raised by Petitioner have been addressed in and rejected by the Report
15 and Recommendation and do not cause the Court to reconsider its decision
16 to accept the Magistrate Judge's conclusions and recommendations.

18  **IT IS ORDERED** that the Petition is dismissed as to Ground One with
19 prejudice, and as to Ground Two without prejudice and that Judgment
20 shall be entered accordingly.

22  **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order,
23 the Magistrate Judge's Report and Recommendation and the Judgment herein

---

[1] In Bounds v. Smith, the United States Supreme Court held that "the fundamental right to access the courts requires prison authorities to assist inmates in preparation and filing of meaningful legal papers by providing prisoners with adequate law libraries or adequate assistance from persons trained in the law." 430 U.S. 817 (1977).

on Petitioner at his current address of record and counsel for Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: December 6, 2013.

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE