JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RANDAL McKISSICK, | ) | NO. CV 13-3303 GAF (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| E VALENZUELA, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed as to Ground One with prejudice, and as to Ground Two without prejudice.

DATED: December 6, 2013

*/s/ Gary Feess/*

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

**JS-6**